UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY PATU,

           Plaintiff,

v.

SHERYL ALBERT,

           Defendant.

Case No. C15-722 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Appointment of Counsel (Dkt. #12) is DENIED AS MOOT.

(3) This case is **Dismissed Without Prejudice**.

(4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 17th day of July 2015.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE